UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LEAH ESAU                                                              PLAINTIFF

v.                              No. 4:19-cv-91-DPM

MAPCO EXPRESS, INC.                                                   DEFENDANT

## ORDER

Motion to remand, № 6, noted. Mapco's deadline to respond is suspended. The Court requests that Esau answer two questions:

(1) Is Esau making a claim that Mapco violated the Americans with Disabilities Act?

(2) Does Esau stipulate that she will neither seek nor accept a total recover exceeding $75,000 (including attorney's fees, but excluding interest and costs) on her claims?

Answers due by 12 March 2019.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

6 March 2019