UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LEAH ESAU                                                          PLAINTIFF

v.                              No. 4:19-cv-91-DPM

MAPCO EXPRESS, INC.                                                DEFENDANT

## ORDER

The Court appreciates Esau's response to the Court's questions. № 9. Her motion to remand, № 6, is granted based on lack of subject matter jurisdiction. There's no diversity jurisdiction: Esau stipulates that she will neither seek nor accept a total recovery exceeding $75,000 (including attorney's fees, but excluding interest and costs). And she isn't claiming that Mapco violated federal law. This case is remanded to the Circuit Court of Pulaski County, Arkansas.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

12 March 2019